UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

                Plaintiff,

v.

**NINE THOUSAND EIGHT HUNDRED
DOLLARS ($9,800.00) IN UNITED
STATES CURRENCY,**

                Defendant *in Rem*.
_____/

Civil No. 09-CV-11247

Honorable John Corbett O'Meara

Magistrate Judge Michael J. Hluchaniuk

## **DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture, and the Court being fully advised in the premises, it is:

ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant currency, Nine Thousand Eight Hundred Dollars ($9,800.00) in United States Currency Funds, is hereby FORFEITED to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the right, title, and ownership interests of John Oliver Radney, Nicole Davis-Spiller, Shanice Jones, Lamar Eddington individually, and as owner of Sincere Designs Fine Home Furniture, or their successors and assignees, in such currency, and any right, title and interest of all other persons, is hereby and forever EXTINGUISHED, and that clear title to such currency is hereby VESTED in the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States Marshals Service for the Eastern District of Michigan, or its delegate, is hereby AUTHORIZED to dispose of such currency in accordance with law.

                                              s/John Corbett O'Meara  
                                              United States District Judge

Date:  November 5, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 5, 2009, using the ECF system and/or ordinary mail.

                                              s/William Barkholz  
                                              Case Manager